evidence and so determine whether a valid reason exists for the delay in bringing suit. *Schireson v. Shafer*, 354 Pa. 458, 463, 47 A. 2d 665 (1946). In the present case, the allegations of the plaintiff do not show such delay in instituting suit as would bar recovery.

Decree reversed, at appellees' cost.

Mr. Justice BELL and Mr. Justice BENJAMIN R. JONES dissent.

## Bonfitto, Appellant, *v.* Bonfitto.

Argued November 12, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*George J. Joseph,* for appellant.

*Edward J. Danser,* with him *Fackenthal, Teel, McGiffert & Danser,* for appellees.

OPINION PER CURIAM, January 6, 1958:
Judgment affirmed on the opinion of Judge WOODRING, 10 Pa. D. & C. 2d 598.

Fogel Refrigerator Company *v.* Oteri, Appellant.

Argued November 22, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.